IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ZURICH AMERICAN INSURANCE
COMPANY and ZUIRCH AMERICAN
INSURANCE COMPANY OF ILLINOIS,

              Plaintiffs,

v.

WILDER VENTURES, LP, d/b/a WILDER
ADVENTURES LLC.

              Defendant.

Case No. 2:22-CV-00878-WJM-AME

## JUDGMENT FOR SUM CERTAIN BY DEFAULT

Defendant Wilder Ventures, LP, d/b/a Wilder Adventures LLC ("Defendant") was served with the Summons and Complaint in this action on or about June 21, 2022, and the time for Defendant to appear, answer or move against the Complaint has expired without an appearance by Defendant; accordingly, pursuant to Fed. R. Civ. P. 55(b)(1) and Local Civil Rule 4:43-2, it is hereby

**ADJUDGED**, that Plaintiffs Zurich American Insurance Company and Zurich American Insurance Company of Illinois (collectively "Zurich") recover from the Defendant, the sum of $310,664.48, the amount claimed for compensatory damages, pre-judgment interest, and costs of suit; and

**FURTHER ADJUDGED** that Zurich is awarded post-judgment interest, at a rate of two percent above the average rate of return, to the nearest whole or one-half percent of the State of New Jersey Cash Management Fund; and

**FURTHER ADJUDGED** that a copy of this Judgment be served on all parties within seven (7) days of receipt of the same.

SIGNED ON THIS 23 DAY OF August, 2022    **WILLIAM T. WALSH**

> William T. Walsh
> Clerk of Court
> United States District Court

JUDGMENT ENTERED THIS 23 DAY OF August, 2022

By: _____
Deputy Clerk